IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| HOP KEE PYROTECHNICS, Ltd., ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PYRAMID FIREWORKS, INC. ) <br> And GARRY DEBLASIS, Individually, ) <br>     Defendants. ) | CV-1:06-cv-0393-JD |

### ORDER TO APPEAR

Come now Plaintiff, Hop Kee Pyrotechnics, Ltd., by counsel, and files its Motion for Periodic Payment on Judgment. The Court having examined said Motion, now finds that Defendants Pyramid Fireworks, Inc. and Garry DeBlasis should be ordered to appear and answer as to their assets.

IT IS, THEREFORE, ORDERED that Defendants Pyramid Fireworks, Inc. and Garry DeBlasis, appear before this Court in person on the __29th day of June, 2007__ at __9:00 AM__ and answer as to their assets.

DATED this __6th__ day of __June__, 2007.

                                    /s/ James R. Muirhead
                                    Magistrate Judge
                                    United States District Court

Distribution To:

Dennis Pizzimenti
Attorney at Law
6 Chapel Street
Concord, New Hampshire  03301

John H. Brooke
BROOKE MAWHORR, P. C.
P.O. Box 1071
112 E. Gilbert St.
Muncie, IN  47305

Pyramid Fireworks, Inc.
124 Route 125
Kingston, New Hampshire 03848

Garry DeBlasis
124 Route 125
Kingston, New Hampshire 03848