IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

HOP KEE PYROTECHNICS, Ltd., )
    Plaintiff, )
     )
     )
v. ) CV-1:06-cv-0393-JD
     )
PYRAMID FIREWORKS, INC. )
And GARRY DEBLASIS, Individually, )
    Defendants. )

**<u>ORDER TO APPEAR</u>**

    Come now Plaintiff, Hop Kee Pyrotechnics, Ltd., by counsel, and files its Motion for Periodic Payment on Judgment. The Court having examined said Motion, now finds that Defendants Pyramid Fireworks, Inc. and Garry DeBlasis should be ordered to appear and answer as to their assets.

    IT IS, THEREFORE, ORDERED that Defendants Pyramid Fireworks, Inc. and Garry DeBlasis, appear before this Court in person on the __29th__ day of __October__, 2007 at __11:00__ . __a.__ m. and answer as to their assets.

    DATED this __1st__ day of __October__, 2007.

                                            /s/ James R. Muirhead
                               Magistrate  Judge, District Court of New Hampshire

Distribution To:

Dennis Pizzimenti
Attorney at Law
6 Chapel Street
Concord, New Hampshire  03301

John H. Brooke
BROOKE MAWHORR, P. C.
P.O. Box 1071
112 E. Gilbert St.
Muncie, IN  47305

Pyramid Fireworks, Inc.
124 Route 125
Kingston, New Hampshire 03848

Garry DeBlasis
124 Route 125
Kingston, New Hampshire 03848