IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| HOP KEE PYROTECHNICS, Ltd., ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PYRAMID FIREWORKS, INC. ) <br> And GARRY DEBLASIS, Individually, ) <br> Defendants. ) | CV-1:06-cv-0393-JD |

## ORDER ATTACHING PERSONAL PROPERTY

Comes now Plaintiff, Hop Kee Pyrotechnics, Ltd., by counsel and files its Motion for Attachment of Personal Property and the Court being duly advised in the premise finds that the Defendant, Pyramid Fireworks, Inc., does have assets which can be used to satisfy the judgment entered herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that

1. The Defendant, Pyramid Fireworks, Inc. shall turn over to the sheriff of Rockingham County, New Hampshire all assorted fireworks, products and supplies at its office located at 780 Lafayette Road, Seabrook, New Hampshire for sale at a public auction.

2. The proceeds of said sale shall be applied by the sheriff to the judgment in favor of Hop Kee Pyrotechnics, Ltd.

DATED this 5th day of June, 2008.

/s/ James R. Muirhead
Magistrate Judge
District Court of New Hampshire

Distribution to:

Dennis Pizzimenti
Attorney at Law
6 Chapel Street
Concord, New Hampshire  03301

John H. Brooke
BROOKE MAWHORR, P. C.
P.O. Box 1071
112 E. Gilbert St.
Muncie, IN  47305

Pyramid Fireworks, Inc.
124 Route 125
Kingston, New Hampshire 03848

Garry DeBlasis
124 Route 125
Kingston, New Hampshire 03848